PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

*RECEIVED*
*WILLIAM T. WALSH, CLERK*

*2006 JUN 29 P 4:08*

## Petition for Warrant or Summons for Offender Under Supervision

*UNITED STATES*

Name of Offender: Louis P. Corradi, III                                  Cr.: 99-00658-001

Name of Sentencing Judicial Officer: The Honorable John C. Lifland

Date of Original Sentence: 05/10/01

Original Offense: Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

Original Sentence: 30 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/13/03

Assistant U.S. Attorney: Scott Resnick                    Defense Attorney: Donald McCauley

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**The defendant shall follow the directions of the U.S. Probation Office regarding any contact with children of either sex, under the age of 18. The defendant shall not obtain employment or perform volunteer work which includes, as part of its job/work description, contact with minor children. The defendant shall not maintain, within his or her residence or within any outside establishment within his/her control or custody, a collection of films, slides, pictures, tapes, videotapes or other form of pictorial representation whose subject matter involves minor children of either sex and can be deemed to be pornographic. The probation officer shall have the right of reasonable search of the defendant, his/her residence, or any other establishment within the defendant's custody or control, and shall, if necessary, request the assistance of other law enforcement personnel to enforce the provisions of this special condition.**'

On several unspecified dates the offender had contact with, and unsupervised access to, three minor children in the home of a friend. The probation office was never informed of the contacts. The offender has been charged with aggravated assault on one of these children while the child was approximately age five.

PROB 12C - Page 2
Louis P. Corradi, III

2   The offender has violated the supervision condition which states '**The defendant shall not possess, procure, purchase or otherwise obtain access to any form of computer network, bulletin board, Internet, or exchange format involving computers unless specifically approved by the U.S. Probation Office. Any dispute as to the applicability of this condition shall be decided by the Court.**'

   On several unspecified dates the offender assisted a friend with the friend's computer. The offender never made the probation office aware of this activity.

3   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   On June 16, 2006, the offender was arrested pursuant to a complaint filed by the Middlesex County Prosecutor's Office charging the offender with aggravated sexual assault of a minor and endangering the welfare of a child less than the age of 16. Charges are pending.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 06/21/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/29/06
Date

AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

LOUIS P. CORRADI, III

**WARRANT FOR ARREST**

Case Number:  CR 99-658-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LOUIS P. CORRADI, III _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation     X  Probation Violation Petition

charging him or her      (brief description of offense)

see attached petition

in violation of _____ United States Code, Section(s) _____

JOHN G. BASILONE                           SENIOR COURTROOM DEPUTY
Name of Issuing Officer                    Title of Issuing Officer

                                           6/29/06  NEWARK NEW JERSEY
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____